**STATEMENT OF FACTS**

On Monday, February 14, 2011, Metropolitan Police Department Detective Timothy Palchak was acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force.  Detective Palchak ("UC") was operating out of a satellite office in Washington, D.C.  On February 14, 2011, the UC entered a predicated social network site, which based on the UC's experience and information gathered from other sources, is a site frequented by individuals that have a sexual interest in children.  The UC posed as an individual that had sexual access to a 12-year-old boy who was coming to Washington, D.C. from Virginia.

On February 14, 2011, at approximately 4:14 p.m., an individual using the screen name, "dcscott8" initiated a private email chat and instant message chat with the UC.  During the course of the chat conversations, "dcscott8" – who was later identified as the defendant, Michael Scott Jimenez – agreed to meet the UC at a pre-arranged location in Northwest, Washington, D.C. to engage in sexual acts with the 12-year-old boy to whom the UC would have access.  When told about the 12-year-old boy during the course of the chat, the defendant stated, "love to have a kid and teach him the love of manhole and cock."  During the course of the online conversation, the defendant also noted his interest in performing oral sex on the child's anus, stating, "[I] want to eat urs his mine . . . .my dogs."  The defendant also stated, "[I] can def fuck him with u brother."

During the course of the chat, the defendant also provided the UC with his cell phone number.  During the course of the chats and a recorded telephone conversation, the defendant agreed to meet the UC at the pre-arranged location on Tuesday, February 15, 2011, at 4:30 p.m.

On Tuesday, February 15, 2011, at approximately 6:00 p.m., the defendant was arrested at the pre-arranged location without incident.  The defendant was transported to the FBI for processing.  The defendant produced a Maryland driver's license bearing the name "Michael Scott Jimenez."  The defendant waived his <u>Miranda</u> rights and provided a statement, during which he admitted to the content of the chat conversation and cell phone conversation with the UC, but stated that it was only a fantasy.  The defendant further admitted to traveling via taxicab from his home in Washington, D.C. to meet the UC at the pre-arranged location in Northwest, Washington, D.C.

DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT

Sworn and subscribed to before me this _____ day of February, 2011.

ALAN KAY
United States Magistrate Judge